

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00311-CR

JAHYE AKHIL, Appellant

§ On Appeal from the 485th District Court

§ of Tarrant County (1754450)

V.

§ July 17, 2025

§ Memorandum Opinion by Justice Kerr

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the fine that was not orally pronounced during sentencing; correct the special finding that the fine, fees, and court costs would "run concurrent with the sentence" to reflect the oral pronouncement that the fees and court costs are to be credited for time served; and delete the $25 listed in the bill of costs under "Reimbursement Fee Breakdown" to reflect that credit. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By _/s/Elizabeth Kerr_____
    Justice Elizabeth Kerr